UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                              06-cr-726 (PKC)

           -against-                                                           ORDER

EFRAIN GONZALEZ, JR., et al,

                         Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       This case has been reassigned from the late Judge Pauley. By October 29, 2021, the parties shall advise whether the motion filed on August 25, 2017 relating to forfeiture of substitute assets (Doc 205) is ripe for adjudication or has become moot. If no response is received, the Court will terminate the motion as moot.

       SO ORDERED.

                                                            P. Kevin Castel
                                                        United States District Judge

Dated: October 18, 2021
New York, New York